**Nahum Jaser RAMOS FEREZ, Petitioner,**

v.

**Peter D. KEISLER,\* Acting Attorney General, Respondent.**

**No. 06–70372.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 24, 2007 **.

Filed Sept. 27, 2007.

John M. Gallagher, Gallagher Sandoval PC, Los Angeles, CA, for Petitioner.

Office of the District Counsel, Department of Homeland Security, San Diego, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Mark C. Walters, Esq., Melissa Neiman–Kelting, U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* Peter D. Keisler is substituted for his predecessor, Alberto R. Gonzales, as Acting Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**514**

Before: CANBY, TASHIMA, and RAWLINSON, Circuit Judges.

MEMORANDUM ***

Nahum Jaser Ramos Ferez, a native and citizen of Honduras, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing as untimely his appeal from an immigration judge's ("IJ") order denying his applications for asylum, withholding of removal, and voluntary departure. We have jurisdiction pursuant to 8 U.S.C. § 1252, and we deny the petition for review.

The record reflects that the IJ's oral decision was rendered on September 21, 2005, the notice of appeal was due on October 21, 2005, *see* 8 C.F.R. § 1003.38(b), and the BIA received Ramos Ferez's notice of appeal on November 8, 2005. Because Ramos Ferez has not pointed to the type of "rare circumstances" under which the BIA may excuse late filing, *see Oh v. Gonzales,* 406 F.3d 611, 613 (9th Cir.2005), the BIA properly dismissed the appeal as untimely.

**PETITION FOR REVIEW DENIED.**

---

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

